# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0448
LT Case No. 16-2021-MM-013859-AXXX

_____

THEODORE PAUL PIECHOTA, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the County Court for Duval County.
Kimberly A. Sadler, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

July 12, 2024

PER CURIAM.

    Theodore Piechota appeals his first-degree misdemeanor
conviction for violating an injunction for protection against
domestic violence, alleging that: 1) the trial court erred in denying
his Motion for Judgment of Acquittal, 2) the trial court unlawfully
assessed investigative and prosecution costs where the State did
not specifically request them, and 3) the written judgment and
sentence should be corrected to reflect the oral pronouncement. We

affirm on all issues without further discussion with the following exception.

The written final judgment directed Piechota to pay $50 in agency investigative costs under section 938.27, Florida Statutes (2022). This cost was not requested by the prosecutor on behalf of the agency as required by section 938.27(1). The $50 investigative costs were simply summarily included in the written judgment.

Accordingly, we "reverse the imposition of the investigative costs and remand with directions that the court enter an amended judgment and sentence that strikes or deletes the investigative costs, without the State being entitled to have those costs reimposed." *Smith v. State*, 291 So. 3d 637 (Fla. 5th DCA 2020) (citing *Richards v. State*, 288 So. 3d 574 (Fla. 2020)).

AFFIRMED in part and REVERSED in part.

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————